**Order entered April 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01605-CV

**HONEYWELL INTERNATIONAL, INC., Appellant**

**V.**

**HUNT CONSOLIDATED, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11695**

## ORDER

We **GRANT** court reporter Lanetta Williams's April 28, 2015 request for extension of time to file record and **ORDER** the record be filed no later than June 1, 2015.

/s/     CRAIG STODDART
JUSTICE